# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Annette Fuller Roach          James Oliver McKeehan, Jr. # 436362
Louisiana Appellate Project        C. Paul Phelps Corr Center
P. O. Box 1747              P. O. Box 1056
Lake Charles LA 70602-1747        Dequincy LA 70633


**REHEARING ACTION: December 19, 2007**


**Docket Number: 07   00569-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JAMES OLIVER MCKEEHAN, JR.**

**Appealed from Cameron Parish Case No. 115137-40**


**BEFORE JUDGES**:

> **Hon. Oswald A. Decuir**
> **Hon. Elizabeth A. Pickett**
> **Hon. J. David Painter**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James Oliver McKeehan, Jr.** has this day been

> **DENIED.**
> Painter, J., would grant.

cc: Hon. Cecil R. Sanner, Counsel for the Appellee